Good morning, chair. Good morning, members. Um, we'd like to, uh, uh, reserve three minutes for a rebuttal. Those are the pieces. Um, there's, uh, there's many pieces that, that have been raised, uh, and it's not the case that, uh, in terms of those pieces, they're not that important. Uh, the important one here, uh, is really, uh, uh, both in, in, in the story, is, uh, part of what the jury will have to find, uh, in order to be, uh, uh, in the hearing, which is responsible for, uh, uh, making, making, making the final, um, decision. So I think that, uh, uh, in order to make that decision, there's a couple of possible cases, uh, where that decision is, is responsible. Uh, in terms of the first issue, uh, I, I have to think about that, and I'll share a couple of frames. The first is that, uh, the, uh, the first, uh, the second case is, uh, it has to do with, uh, the, uh, uh, his, uh, uh, credit cards, and, and, and, uh, credit refunds, uh, and, uh, and he's, he's appropriately being made to, in, in this situation, uh, it's not appropriate, uh, in, uh, in all circumstances, under certain authority issues, could, could, could occur. It's not appropriate to make a retaliation scenario where we're dealing with someone that uses their credit card and doesn't really have a credit card. Uh, that is, in terms of the idea of retaliation, uh, it's not, it's not, it's not appropriate. Uh, while we're dealing with that, we should also look at each two of the, uh, the verdicts, and, uh, as you know, it came in 10th, or 13th, or 25th, or 100th day of the year, but she was sentenced on the 1st, or 29th, or 30th, and then it goes on to answer, you know, answer, answer, answer, answer, answer, answer, answer, answer, answer, answer, some of the speeches that we've heard, that we've seen with, you know, our speeches since her, um, um, Question Number 3, um, um, talks about, um, um, um, um, um, um, um, um, question number 1, in the first game, which she's talking about is trying, um, um, um, question number 3 would be saying, um, um, um, um, um, um,           um, uses that word that she uses as an example. Ma'am. Uh. Uh. Uh. Uh. Uh. Uh. Um. Uh. Uh. Um. Uh. Uh. Um.  Um. Uh. Uh. Um. Uh. Um. Uh.  Uhh. Uh. Uh. Good morning. Maybe I'll just start by saying a few things. First, I just want to tell you that the high pressure is not a race. There is no harm here. It's very self-explanatory on a variety of levels. One of it is the numbers and one of it is action. Um. In the instructions, you can read all of it in there. This is Mr. Clemson's case. There is no disagreement at all. It is a nation-on-a-nation versus one-on-one. In this case, the jury determined that Mr. DiGiuffre transferred from the legal secretary to one department of the county council office, to another department of the county council office, but her benefits, her pay, her hours, her security, all remain the same. There was simply no harm or discrimination. No harm. To address the point that Mr. DiGiuffre, referred back to the instructions and how that was to happen, he was not related to Mr. DiGiuffre and invited the jury to go back and look at the instructions with her benefits being directly requested by the county council and the court to highlight the issues that they submitted. 3-374-439-4423-2220 applies specifically to the Lexington Court of Appeals and jury sentences. They now stand in the county's minority forum. Similarly, the jury questioned the court brought in counsel from both the state and the county to find out how the public's decision on the jury and either the judge's counsel or the county's instruction in response to the question will not solve the rules in response to the jury without instruction and can't answer the jury's questions back to the jury. They now no longer support the judiciary. But to the point of the new worship of all humans, it's really the question of therapy. Is that an error of law? We are here again in the new instance of the new worship of all humans that divides directly from the county versus the county language. What is the error of law? What is the error of law? We are in the new instance. New worship is not the standard. In fact, if you're a person who became a human in retaliation for the sentence, you could be decided by a law in the opening range, such as Gilbert v. Zinnia, Washington v. Lincoln, Scott v. Walpole-McAuley, Lincoln v. Barrett-Copeland County, and you could be decided by a law in the early, junior, or sophomore, specifically the president. Tonight's third hearing is subject to approval by the language of the worship of all humans from the county versus the county. We welcome the opportunity in assembling a very small group of students with various needs of greater importance to help us to come to a positive result. This is an institution where a one-tenth of our students can take that action. And if our students take that action, then the motion is carried by the president and so can the rest of the county. The court of appeals will take three minutes. I want to be good at it. I want to be intent. I don't have to be retaliation. Retaliation, yes, is essential. Otherwise, you have employment, making employment decisions without prior relation to your administration. Retaliation is one of the seven, the 1883, the CDA, and other three statutes. Retaliation is essential. Retaliation is also essential. You spend $40,000 on your hospital, and that means that whatever you're taking action, so in this case, certainly taking a decision to provide for you is being taken as a decision to provide for you would ultimately lead to universal compensation. There is no original law for universal compensation. And this by the way, has to be conditioned. And in fact, the Supreme Court has said that she has caused universal compensation. We have no idea. And so again, this issue is one that you can try, you can try to answer the questions that are in mind or you can discuss those in your house. I'm happy to take any other questions from the court. I believe that we have a fair chance of being heard soon. If we aren't, I don't know about you, Michelle here, whether or not this is a solution or whether or not it's an issue that we need to be engaging in, an issue that we need to engage in now. I think it's great that we can engage in something that changes of course, we need to continue to fight only if there's liability. And so, there was, I think there is no liability here to the issue and I just agree with that.      Thank you. very much. Bye-bye. Bye-bye. Bye-bye. Thank you. Thank you. Thank you. Thank you. Thank you. Bye-bye. Bye-bye. Bye. Be careful out there. I hope you have anyMy bro By By    Myhalo have. Myhalo have. Myhalo have.  I encourage all of you to help. God bless you. God bless you. God bless you.   God bless you.
judges: Schroeder, Nguyen, Adelman